B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Amy Dubkovich__          Case No. _____
       Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ __74.75__ on or before __11/12/2010__
   $ __74.75__ on or before __12/9/2010__
   $ __74.75__ on or before __1/7/2011__
   $ __74.75__ on or before __2/7/2011__

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
                                                                    (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __10-20-10__

BY THE COURT:
_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

OCT 21 2010

BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Amy Dubrovich | ) | 10 B 45798 |
| | ) | |
| | ) | Judge Bruce W. Black |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

I, Shurray L. Winston, certify that on October 21, 2010, I caused to be served via First Class Mail the attached copy of an **Order Denying Debtor's Application for Waiver of Chapter 7 Filing Fee** dated October 20, 2010 to:

**Amy Lynn Dubrovich**
712 N Raynor Ave
Joliet, IL 60435

Shurray L. Winston
Courtroom Deputy to Judge Bruce W. Black

Dated: 10/21/2010